IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01895-WYD-KLM

LINDA S. WILLIAMS and
THOMAS K. WILLIAMS, spouse,

    Plaintiffs,

v.

U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-NC2, Asset Backed Pass-Through Certificates, Series 2006-NC2 and Mortgage Electronic Systems as nominee,
Castle Stawiarski, LLC, attorneys for the purported holder of evidence in debt,

    Defendants.

---

**ORDER**

---

    This matter is before the Court on Plaintiffs' Notice of Removal [ECF No. 1] and accompanying Brief [ECF No. 2], both filed July 20, 2012.   Plaintiffs filed a Corrected Notice of Removal of Foreclosure Action to Federal Court Jurisdiction [ECF No. 7] on July 24, 2012.   Both Plaintiffs' Notice of Removal and Corrected Notice of Removal fail to comply with 28 U.S.C. § 1446 and D.C.Colo.LCivR 81.1 governing Procedures for Removal.   Additionally, the Plaintiffs have failed to file a civil cover sheet, as required by the local rules of this court.

    Furthermore, 28 U.S.C. § 1441 permits removal solely by the defendant or defendants in matters where this Court would have original jurisdiction or where a civil action is otherwise removable on the basis of diversity jurisdiction under 28 U.S.C.

§ 1332(a).  Accordingly, removal by the Plaintiffs is improper.

If Plaintiffs intended for the Court to construe the Notice of Removal or Corrected Notice of Removal as the commencement of an action, I decline to do so for the reasons stated above.  Should they choose to do so, Plaintiffs shall have 30 days to file a complaint without reference to the removal statute that fully complies with the rules and requirements governing the commencement of a civil action in this Court.  Accordingly, it is

ORDERED that Plaintiffs' Notice of Removal [ECF No. 1], filed July 20, 2012 and Plaintiffs' Corrected Notice of Removal of Foreclosure Action to Federal Court Jurisdiction [ECF No. 7] are **STRICKEN**

Dated:   August 1, 2012

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE